218

MYER MILLMAN, *Admr. vs.* BERTHA E. STREETER *et al.*

JULY 21, 1941.

PRESENT: Flynn, C. J., Moss, Capotosto and Baker, JJ.

*Francis J. O'Brien, J. Raymond Dubee,* for complainant.
*Voigt, Wright, Munroe & Clason, Ernst T. Voigt, Nathan M. Wright, Jr.,* for respondent Streeter.

LOUIS V. JACKVONY, *Atty. Gen. ex rel. vs.* ROBERT J. H. POWEL *et al.*

JULY 22, 1941.

PRESENT: Flynn, C. J., Moss, Capotosto, Baker and Condon, JJ.